Gordon K. Van Loo, Respondent, v. Tompkins County et al., Appellants.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.